**NOAH W. EUBANKS v. NEWPORT SHIPS, CONTINENTAL CASUALTY COMPANY, and FLORIDA INDUSTRIAL COMMISSION.**

22 So. (2nd) 155                                    January Term, 1945
May 4, 1945                                                 Division B

*Atkinson & Atkinson,* for appellant.

*Ausley, Collins & Truett,* for appellees.

PER CURIAM:

The judgment appealed from is affirmed on authority of Travelers Insurance Co., et al., v. Shepard; et al., decided February 20, 1945, (Fla.), 20 So. 2nd 903, and S. H. Kress & Co., et al., v. Burkes, 153 Fla. 868, 16 So. (2nd) 106.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.